UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-203-GMN-GWF |
| CHOON BOK LEE, | ) | |
| Defendant. | ) | **ORDER** |

On December 8, 2011, the Court granted the defendant's petition for new counsel, and ordered new counsel (#72). Therefore;

IT IS HEREBY ORDERED that Chris T. Rasmussen, Esq. is appointed as counsel for Choon Bok Lee in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Rasmussen forthwith.

DATED this 13th day of December, 2011.

Nunc Pro Tunc: December 12, 2011.

GLORIA M. NAVARRO
United States District Judge